**STATE of Missouri, Respondent,**

v.

**Darrell BURNS, Appellant.**

**No. 49235.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 4, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Application to Transfer Denied Sept. 10, 1985.

Debra Buie Arnold, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant, Darrell Burns, was convicted, after a jury trial, of selling heroin. He appeals from the judgment of the trial court sentencing him, as a prior and persistent offender, to eighteen years' imprisonment, to run concurrently with sentences imposed in previous causes. No jurispru-

dential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Donnell WHITE, Appellant.**

**No. WD 35503.**

Missouri Court of Appeals,
Western District.

June 4, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 30, 1985.

Application to Transfer Denied Sept. 10, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for capital murder. Judgment affirmed. Rule 30.25(b).